1 MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 San Francisco, CA  94l05
Telephone:      (4l5)  882-7900
4 Facsimile:      (415)  882-9287
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiff
BAKERS et. al. HEALTH
7 AND WELFARE FUND, et. al.

8

9                    IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 BAKERS HEALTH AND WELFARE FUND;     CASE NO.: C 06-5790 CRB
JOINT  BOARD  OF  TRUSTEES  OF  THE
BAKERS HEALTH AND WELFARE FUND;     **PLAINTIFFS' REQUEST FOR**
13 and FELISA CASTILLO, TRUSTEE,      **DISMISSAL OF CASE MANAGEMENT**
                                    **CONFERENCE**
14        Plaintiffs,
                                    Date: January 5, 2007
15 v.                               Time: 8:30 A.M.
                                    Courtroom: 8, 19th floor
16 RICHARD PINOCCI, individually, and dba
ITALIAN FRENCH BAKING COMPANY
17
        Defendant.
18 _____/

19        Plaintiffs submit the following Request for Dismissal of Case Management Conference,

20 currently set for January 5, 2007, at 8:30 A.M.:

21        1.      The Complaint in this action was filed on September 20, 2006.

22        2.      Defendant made no appearance, and on November 14, 2006 the clerk of this court

23 entered the defendant's default.

24        3.      Plaintiffs filed and served their *Motion for Default Judgment* on December 15, 2006,

25 setting the hearing date for **January 19, 2007.** *Defendant has not responded to that Motion, or made*

26 *any contact with the undersigned counsel for Plaintiffs.*

27        4.      Plaintiffs therefore request that the Case Management Conference be taken off

28 calendar, as it will serve no purpose.

            **REQUEST FOR DISMISSAL OF CASE MANAGEMENT CONFERENCE**
                                                        **Case No. C 06-5790**
                                            P:\Clients\BAKER\Cases\Ital6\Pleadings\CMS 122706.wpd
                                1

1    5.      In the alternative, Plaintiffs would welcome the hearing on Default Judgment being

2  set on the date and in place of the Case Management Conference, so that judgment may be entered

3  sooner and Plaintiffs may attempt to sooner satisfy the increasing amounts of Trust Fund

4  contributions due from Defendant, thereby providing Defendant's employees with health coverage.

5

6  Dated: December 27, 2006                    SALTZMAN & JOHNSON LAW CORPORATION

7

8                                              _____/s/_____
                                               Muriel B. Kaplan
                                               Attorneys for Plaintiffs

9

10

11

12                                    **ORDER**

13       The Case Management Conference set for **January 5, 2007 at 8:30 A.M.** is hereby dismissed

14  from the calendar (and the Motion for Default Judgement shall instead be heard on that date.)

15

16

17  Dated: <u>January 3, 2007</u>            _____
                                               UNITED STATES DISTRICT COURT JUDGE

18

19 

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL OF CASE MANAGEMENT CONFERENCE**
**Case No. C 06-5790**
P:\Clients\BAKER\Cases\Ital6\Pleadings\CMS 122706.wpd

2