IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERS HEALTH AND WELFARE TRUST, ET AL., | No. C 06-05790 CRB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| RICHARD PINOCCI, | |
| Defendant. | |

Plaintiffs are ordered to immediately serve a copy of the Request for Renewal of Writ of Execution filed May 23, 2008 on Defendant if they have not otherwise done so.

Defendant is hereby ordered to show cause why the Court should not enter the renewed Writ of Execution proposed by Plaintiffs. Defendant is advised that if he does not provide justification to the Court on or before Friday, June 20, 2008, the proposed Renewed Writ of Execution will be entered.

**IT IS SO ORDERED.**

Dated: June 9, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5790\OSC.wpd